## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Swartz, William  M | Case Number:  04 B 35627 |
| | Judge:  Squires, John H |
| Printed:  12/19/07 | Filed:  9/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  December 7, 2007

Confirmed:  November 10, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 28,800.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 24,061.36 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,407.25 |
| Other Funds: | | 631.39 |
| Totals: | 28,800.00 | 28,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | RoundUp Funding LLC | Unsecured | 806.35 | 2,015.88 |
| 3. | Capital One | Unsecured | 558.39 | 1,395.98 |
| 4. | Retailers National Bank | Unsecured | 530.66 | 1,326.64 |
| 5. | Capital One | Unsecured | 427.64 | 1,069.09 |
| 6. | Capital One | Unsecured | 3,260.28 | 8,150.71 |
| 7. | Aspire Visa | Unsecured | 3,292.40 | 8,231.01 |
| 8. | Resurgent Capital Services | Unsecured | 52.62 | 131.56 |
| 9. | ECast Settlement Corp | Unsecured | 210.57 | 526.42 |
| 10. | Specialized Management Consultants | Unsecured | 485.63 | 1,214.07 |
| 11. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | MBNA America | Unsecured | | No Claim Filed |
| 14. | Wells Fargo | Unsecured | | No Claim Filed |
| 15. | Exxon Mobil | Unsecured | | No Claim Filed |
| 16. | Household Bank FSB | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,324.54 | $ 26,761.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 166.84 |
| 4% | 153.34 |
| 3% | 71.61 |
| 5.5% | 396.71 |
| 5% | 119.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Swartz, William  M

Printed:  12/19/07

Case Number:  04 B 35627
Judge:  Squires, John H
Filed:  9/24/04

|  |  |
|---|---|
| 4.8% | 230.85 |
| 5.4% | 268.58 |
|  | _____ |
|  | $ 1,407.25 |

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.


Marilyn O. Marshall, Trustee, by:

_____